returned, it will be amended by adding thereto the following: Upon this appeal there was presented and necessarily passed upon a question under the Constitution of the United States, viz.: whether article 5-C of the Religious Corporations Law, as construed by this court, violated any rights of the defendants guaranteed by the First and the Fourteenth Amendments to the Constitution of the United States. This court held that the aforesaid statute did not violate any of the rights of the defendants guaranteed by those amendments to the Constitution of the United States. [See 302 N. Y. 1.]

ROBERT R. STEVENSON, Appellant and Respondent, *v.* NEWS SYNDICATE CO., INC., Respondent and Appellant.

Submitted January 19, 1951; decided March 9, 1951.

Motion for reargument, or, in the alternative, for clarification of the opinion, denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 81.]

RICHARD NATOLI, an Infant, by FRANCES NATOLI, His Guardian ad Litem, et al., Respondents, *v.* BOARD OF EDUCATION OF THE CITY OF NORWICH, NEW YORK, UNION FREE SCHOOL DISTRICT No. 1, Appellant.

In the Matter of RICHARD NATOLI, an Infant, by FRANCES NATOLI, His Guardian ad Litem, et al., Respondents, against BOARD OF EDUCATION OF THE CITY OF NORWICH, NEW YORK, UNION FREE SCHOOL DISTRICT No. 1, Appellant.

Submitted February 26, 1951; decided March 9, 1951.

*David F. Lee, Jr.,* for motion.

*Janet W. Hill* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.

PHILIP GROSSMAN, Appellant, *v.* AARON J. SCHINDEL et al., Copartners Doing Business under the Name of DOMESTIC MILLS, Respondents.

AARON J. SCHINDEL et al., Copartners Doing Business under the Name of DOMESTIC MILLS, Plaintiffs, *v.* PHILIP GROSSMAN, Defendant.

Submitted February 26, 1951; decided March 9, 1951.